KATE JONES v. SAMUEL S. ISAACS and Others, as Executors and Trustees, etc., of DAVID ISRAEL, Deceased.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

GEORGE BORNHEIMER v. UNITED STATES FIDELITY AND GUARANTY COMPANY.— Motion for leave to appeal to the Court of Appeals denied. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

RUTH CHAMBERS and B. ARNOLD CHAMBERS, as Executors, etc., of JOSEPH CHAMBERS, Deceased, v. NEW YORK LIFE INSURANCE COMPANY.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Finch, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

BORDEN'S FARM PRODUCTS COMPANY, INC., v. DUDLEY W. BAULIEU.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

PETER RUECK v. CORSON CONSTRUCTION CORPORATION.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Motion for a stay granted until the granting or final refusal by the Court of Appeals of leave to appeal, upon defendant's filing the undertaking required by section 593 of the Civil Practice Act. Present — Finch, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

HELEN WICE, an Infant, by THEODORE V. WICE, Her Guardian ad Litem, and THEODORE V. WICE v. EDWARD W. BROWNING and EDBRO REALTY CO., INC., Impleaded, etc.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Finch, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

LOMA HOLDING CORPORATION v. CRIPPLE BUSH REALTY CORPORATION.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Finch, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

LUCIUS A. DARLING and Others, as Ancillary Executors, etc., of ELMER A. DARLING, Deceased, v. TWENTY-FOUR TRADERS, INC., Impleaded, etc.—Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Finch, P. J., Merrell, Martin, O'Malley and Glennon, JJ.

HARTFORD ACCIDENT AND INDEMNITY COMPANY v. NIEWENHOUS CO., INC.— Motion for leave to appeal to the Court of Appeals or for a reargument denied. Present — Finch, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

In the Matter of the Transfer Tax upon the Estate of CLARA ELIZABETH VON HATZFELDT WILDENBURG, Deceased. STATE TAX COMMISSION — CENTRAL HANOVER BANK AND TRUST COMPANY, Executor, etc.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

VIOLA R. WINKLER v. EDWARD HOWARD O'FLYNN.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Finch, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

PINCUS HERSCHKOWITZ v. DAVID W. KEEN, Impleaded, etc.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Motion for a stay granted until the granting or final refusal by the Court of Appeals of leave to appeal, upon said defendant David W. Keen filing the undertaking required by section 593 of the Civil Practice Act. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.